IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>  v.<br><br>LADY OLIVIA @ NORTH CLIFF, LLC,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | Civil Action No. 3:11-CV-0047 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action without prejudice.

Dated: August 24, 2012

| | |
|---|---|
| /s/ James W. Barkley | /s/ C. Lamar Garren |
| James W. Barkley | C. Lamar Garren |
| Morin & Barkley LLP | Scott Kroner, PLC |
| Suite 200 | 418 E. Water St. |
| 455 Second St. SE | Charlottesville, VA 22902 |
| Charlottesville, VA 22902 | (434) 296-2161 |
| (434) 293-1200 | Facsimile (434) 293-2073 |
| Facsimile (434) 293-2135 | |
| | *Attorney for the Defendant* |
| Harvey A. Feintuch | *and Counterclaim Plaintiff* |
| Edwards Angell Palmer & Dodge, LLP | |
| 750 Lexington Avenue | |
| New York, NY 10022 | |
| | |
| *Attorneys for Plaintiff* | |
| *and Counterclaim Defendant* | |